

**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:                                                              *

    OGECHI S. AMADI                              *   Case No. 14-26282

                                                  *   Chapter 7

    Debtor
\*   \*   \*   \*   \*   \*   \*   \*   \*

    OGECHI S. AMADI                              *

                                                  *

    Movant
                                                  *

v.

    DYCK ONEAL INC.
    6060 North Central Expressway
    Suite 200
    Dallas, TX 75206                             *

    Respondent.                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER AVOIDING LIEN ON RESIDENTIAL REAL ESTATE

Upon the Motion to avoid and cancel a lien which impairs the Debtor,

It hereby ORDERED and DECREED that the lien held by Dyck ONeal, Inc. in and on Debtor's residential real estate at 3311 Greenmead Road, Windsor Mill, MD 21244, entered of record in the Baltimore County Case No.: 03C09011437 be and hereby



is canceled.

It is further ORDERED that Dyck ONeal, Inc. is directed forthwith to take all steps necessary and appropriate to release the said lien and remove it from the local judgment index.

cc:

    Charles J. Balint, Esquire  
    8312 Liberty Road  
    Baltimore, Maryland 21244

    Lori Simpson, Trustee  
    1400 S. Charles Street  
    3rd Floor  
    Baltimore, Maryland 21230

    Dyck ONeal, Inc.  
    6060 North Central Expressway  
    Suite 200  
    Dallas, TX 75206

    Office of the U.S. Trustee  
    Garmatz Federal Courthouse  
    101 West Lombard Street, Ste 2625  
    Baltimore, Maryland  21201

    Dyck ONeal, Inc.  
    3214 W. Park Row  
    Suite A  
    P.O. Box 466  
    Arlington, TX 76013

    Dyck ONeal, Inc.  
    C/O Eric Debear, Esquire  
    Parker, Simon & Kokolis, LLC  
    110 N. Washington Street, #500  
    Rockville, Maryland 20850

**END OF ORDER**

DENIED